1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Jose L. Flores

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | JOSE L. FLORES,                        ) Case No.: 2:09-cv-01450 JST-DTB
   |                                        )
11 |        Plaintiff,                      ) {~~PROPOSED~~} ORDER AWARDING
   |                                        ) EQUAL ACCESS TO JUSTICE ACT
12 |    vs.                                 ) ATTORNEY FEES AND EXPENSES
   |                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,                     ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,       ) U.S.C. § 1920
14 |                                        )
   |        Defendant                       )
15 |                                        )
   |_____)
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $4,200.00 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 DATE:  January 18, 2011

22                                        /s/ David T. Bristow

23                                        _____
                                          THE HONORABLE DAVID T. BRISTOW
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

-1-